IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARRYL MILLS,** : | CIVIL ACTION NO. 1:06-CV-0882 |
| : | |
| Plaintiff : | (Judge Conner) |
| : | |
| v. : | |
| : | |
| **CITY OF HARRISBURG,** *et al.* : | |
| : | |
| Defendants : | |

## AMENDING ORDER

AND NOW, this 9th day of December, 2008, upon consideration of the memorandum (Doc. 48) entered in the above-captioned case on December 2, 2008, it is hereby ORDERED that the memorandum (Doc. 48) is AMENDED as follows:

1. In the twelfth line of footnote 3 on page 3, the word "potions" is deleted and is replaced with the word "portions" so that the sentence reads: Plaintiff then responded to defendants' transcript, listing portions that plaintiff contends were inaccurately transcribed.

2. In the last line on page 5, the final "s" in the word "sessions" is deleted so that the word appears in the singular form.

3. In the third line on page 6, a final "s" is added to the word "session" so that the word appears in the plural form.

4. In the final line of text on page 11, the word "or" is deleted and is replaced with the word "of" so that the sentence reads: Blasko therefore possessed probable cause to believe that both Mills and Brooks were patronizing a prostitute regardless of which man spoke each locution of the conversation.

5. In the second line on page 13, the phrase reading "and Mills has identified no precedent requiring such consultation." is deleted.

6. In the first line on page 17, an additional close parenthesis is added after the word "omitted" so that citation in which it appears reads: (quoting Andrews v. City of Phila., 895 F.2d 1469, 1480 (3d Cir. 1990) (citations omitted)).

7. In the second line of footnote 11 on page 18, the numeral "5" is deleted and is replaced with the numeral "4" so that the citation in which it appears reads: See supra note 4.

8. In the twelfth line on page 19, the word "to" is deleted so that the sentence reads: If problems developed, she was instructed "just to tell the person to get out of the area."

9. In the fifth line of text following the heading on page 23, the first occurrence of the word "under" is deleted so that the sentence reads: "Summary judgment will likewise be granted on the claims for municipal liability and under § 1985(3); the First, Fifth, and Fourteenth Amendments; and state law.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge