IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARRYL MILLS,** : | CIVIL ACTION NO. 1:06-CV-0882 |
| **Plaintiff** : | (Judge Conner) |
| v. : | |
| **CITY OF HARRISBURG, STEPHEN BLASKO, ANNEMARIE BAIR LEVEL JENKINS, POLICE OFFICER JACKSON, and INVESTIGATOR EVANS,** : | |
| **Defendants** : | |

## ORDER

AND NOW, this 15th day of December, 2008, upon consideration of the summary judgment memorandum (Doc. 48) and of order of court (Doc. 49), respectively dated December 2 and 3, 2008, and it appearing that the latter order required plaintiff to show cause on or before December 12, 2008 why his claims against defendants Level Jenkins, Police Officer Jackson, and Investigator Evans should not be dismissed for failure to effectuate service pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, and that, as of the date hereof plaintiff has not responded to the order to show cause, it is hereby ORDERED that:

1. All claims against defendants Level Jenkins, Police Officer Jackson, and Investigator Evans are DISMISSED.  See Fed. R. Civ. P. 4(m).

2. The Clerk of Court is instructed to enter JUDGMENT in favor of defendants City of Harrisburg, Stephen Blasko, and Annemarie Bair in accordance with the summary judgment memorandum (Doc. 48) dated December 2, 2008.

3. The Clerk of Court is instructed to CLOSE this case.

      S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge